# BURSOR & FISHER
P.A.

**1330 AVENUE OF THE AMERICAS,**
**32ND FLOOR**
**NEW YORK, NY 10019**
**www.bursor.com**

PHILIP L. FRAIETTA
Tel: **646.837.7150**
Fax: **212.989.9163**
pfraietta@bursor.com

September 16, 2024

<u>*Via ECF*</u>

The Honorable Ronnie Abrams
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  *Ruiz v. The Museum of Sex LLC*, Case No. 24-cv-00178-RA (S.D.N.Y.)

Dear Judge Abrams,

    We write jointly with defense counsel pursuant to Rule 1 of the Court's Individual Rules and Practices in Civil Cases to request that the Court stay this matter pending the Parties' upcoming mediation with Joe Saltarelli, Esq., of Hunton Andrews Kurth LLP.

    The Parties have agreed to mediate with Mr. Saltarelli on October 30, 2024, the first mutually-available date.  The Parties note that they have exchanged written and document discovery and believe they now have enough information to intelligently analyze the strengths and weaknesses of this case.  The Parties further note that depositions in this matter are scheduled to conclude on October 18, 2024 and Plaintiff's motion for class certification is due on October 25, 2024 (ECF No. 20).  Therefore, absent a stay, the Parties will potentially have to unnecessarily expend significant resources prior to the mediation.  Finally, the Parties note that Defendant's motion to dismiss (ECF No. 11) remains pending and that a decision on the motion would likely influence the Parties' respective negotiating positions.

    The Parties therefore respectfully submit that judicial economy and the interests of the Parties would be best served by a stay of this matter to allow them to preserve the status quote and their resources and focus their attention on the mediation.  The Parties will submit a joint status report within 5 business days of the conclusion of the mediation.  Accordingly, the Parties respectfully submit that the Court:  (i) stay this matter; and (ii) order the Parties to submit a joint status report on the status of their resolution efforts, including whether a new case schedule should be put in place, by November 5, 2024.

Application granted. This case is hereby stayed pending mediation. The parties shall submit a joint status report by November 5, 2024.

SO ORDERED.

_____
Hon. Ronnie Abrams
September 17, 2024

Very truly yours,

*/s/ Philip Fraietta*

Philip L. Fraietta

CC:   All counsel of record (via ECF)