# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARLING RUIZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE MUSEUM OF SEX,<br><br>　　　　　　　　　Defendant. | Civil Action No.: 1:24-cv-00178-RA<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Arling Ruiz hereby voluntarily dismisses her claims against Defendant without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: November 1, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A.**

　　　　　　　　　　　　　　　　　　　By: ___/s/ Philip L. Fraietta___
　　　　　　　　　　　　　　　　　　　　　　Philip L. Fraietta

　　　　　　　　　　　　　　　　　　　Philip L. Fraietta
　　　　　　　　　　　　　　　　　　　1330 Avenue of the Americas, 32nd Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　Telephone: (646) 837-7150
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 989-9163
　　　　　　　　　　　　　　　　　　　Email: pfraietta@bursor.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*