UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARLING RUIZ, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>THE MUSEUM OF SEX,<br><br>                        Defendant. | Civil Action No.: 1:24-cv-00178-RA<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Arling Ruiz hereby voluntarily dismisses her claims against Defendant without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: November 1, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A**.

By:     */s/ Philip L. Fraietta*
           Philip L. Fraietta

Philip L. Fraietta
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

*Attorneys for Plaintiff*

The stay of this action is hereby lifted in order to give effect to Plaintiff's voluntary dismissal.

SO ORDERED.

_____
Hon. Ronnie Abrams
November 6, 2024